# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROBERT S. JOHANNES,

                          Petitioner,                          Case Number: 2:11-CV-10290

v.                                                    HONORABLE DENISE PAGE HOOD

WARDEN THOMAS K. BELL,

                          Respondent.

_____/

## <u>JUDGMENT</u>

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated

_February 17, 2011_____, this cause of action is DISMISSED WITHOUT PREJUDICE.

      Dated at Detroit, Michigan this _17th___ day of __February___, 2011.

                                    DAVID J. WEAVER
                                  CLERK OF THE COURT

                       BY:    _s/LaShawn R. Saulsberry_____

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2011


I hereby certify that a copy of the foregoing document was mailed to Robert Johannes #689879,
Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI 49221 and  the attorneys
of record on this date, February 17, 2011, by electronic and/or ordinary mail.


<u>s/LaShawn R. Saulsberry</u>
Case Manager, (313) 234-5165